UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN BOSTROM # 647630,

        Plaintiff,                                           Case No. 1:15-CV-336

v.                                                         Hon. Gordon J. Quist

J. ROWLAND, et al.,

        Defendants.
_____/

# ORDER ADOPTING
# REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Ellen Carmody's January 2, 2018, Report and Recommendation (R & R). In her R & R, the magistrate judge recommended that the Court deny Defendants' motion for summary judgment with respect to Plaintiff's Eighth Amendment claim against Defendant Pepper, his retaliation claim against Defendant Benoit, and his claim that Defendant Pepper used excessive force and broke Plaintiff's wrist for unlawful retaliatory reasons, and grant the motion as to all other claims and Defendants. The R & R was duly served on the parties on January 2, 2018. No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 2, 2018 (ECF No. 62), is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 43) is **GRANTED IN PART AND DENIED IN PART**. The motion is **denied** with regard to Plaintiff's Eighth Amendment and retaliation claims against Defendant Pepper and his retaliation claim against Defendant Benoit, and **granted** as to all other claims and Defendants.

Dated: February 2, 2018                                              /s/ Gordon J. Quist
                                                                        GORDON J. QUIST
                                                         UNITED STATES DISTRICT JUDGE